UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>    Plaintiff, )<br>       )<br>    v. )<br>       )<br>NICHOLAS WES BROWN, )<br>       )<br>    Defendant. )<br>_____ ) | Case No.:  CR05-2 MJP<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

    A probation revocation hearing on supervised release violations was held before the undersigned Magistrate Judge on December 20, 2006. The United States was represented by Assistant United States Attorney Karyn Johnson, and the defendant by Mr. Michael Filipovic. The proceedings were recorded on cassette tape.

    The defendant had been sentenced on or about April 16, 2003, on a charge of Involuntary Manslaughter and was sentenced to twelve months and one day in custody followed by two years of supervised release. The term of supervised release was extended for one year on February 7, 2006.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

In a Petition for Summons dated July 6, 2006, U.S. Probation Officer Michael S. Larsen alleged the defendant committed the following violations of the conditions of his supervised release:

1. Committing the crime of driving while under the influence on July 4, 2006, as evidenced by Tulalip Tribal Court criminal complaint in case TUL-CR-AL-2006-02, in violation of the standard condition that he violate no federal, state, or local laws.

2. Ingesting alcohol, on or about July 4, 2006, in violation of the special condition ordering him to abstain from alcohol use.

At the probation revocation status hearing on December 20, 2006, defendant was advised in full as to the charges asserted in the petition for violation of his supervised released, and as to his constitutional rights. The defendant admitted Violation No. 2, and waived any evidentiary hearing as to whether it occurred. The government dismissed alleged Violation No. 1.

I therefore recommend that the Court find the defendant violated the conditions of his supervised release as set forth in Violation No. 2, and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing has not yet been scheduled before the Honorable Marsha J. Pechman.

Pending a final determination by the Court, the defendant remains at a halfway house, subject to continued supervision.

DATED this 20th day of December, 2006.

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        The Hon. Marsha J. Pechman
     AUSA:                  Ms. Karyn Johnson
     Defendant's attorney:  Mr. Michael Filipovic
     Probation officer:     Mr. Michael S. Larsen

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2